Christopher DeSivo  
C.C.C.F. P.O. BOX 419  
McElhattan Pa. 17748

3:06-CV-0345 (TJM) (DEP)  
and  
9:06-CV-0727 (GLS)(DRH)

Honorable Thomas J. McAvoy Senior  
United States District Judge  
15 Henery Street  
Binghamton N.Y, 13901

Your Honor I originally sent the Complaint and informa pauperus forms for 3:06-CV-0345. I then received notice from the court clerk that the informa pauperus forms had been applied to CV-1432. I then refiled the Complaint and another set of informa pauperus forms. On June 14, 2006 I received word that my complaint had been filed on June 12, 2006, Under CV-0727. I apoligize to the court as it now comes to my attention that both sets of forms were filed. I have filed the same complaint twice. After reading the Courts order of June 16, 2006, I would ask the Court to allow me to withdraw both 3:06-Cv-0345 and 9:06-CV-0727 without prejudice.

> U.S. DISTRICT COURT - N.D. OF N.Y.  
> FILED  
> JUN 22 2006  
> AT____O'CLOCK____  
> Lawrence K. Baerman, Clerk - Binghamton

Respectfully submitted:

_____  
Christopher DeSivo

Date 6/19/2006

SO ORDERED:

The foregoing, which is treated as a Notice of Voluntary Dismissal, w/out prejudice, pursuant to Fed.R.Civ.P. 41(a), is GRANTED. Civil Action numbers 3:06-CV-345 and 9:06-CV-727 are herby DISMISSED.

Dated: June 22, 2006

_____  
David E. Peebles  
United States Magistrate Judge